**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

☆ APR 04 2011 ★

**WALTER MIHAILOVICH**
**715 7TH AVENUE NORTH**
**NAPLES, FLORIDA 34102**     BROOKLYN OFFICE

March 30, 2011

Honorable Sandra L. Townes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: St. Michael Enterprises, et al. v. Serbia
          Ministry of Privatization, et al.
          Index No.: 09 CV 5147

Dear Judge Townes,

Thank you for granting me additional time on your February 08, 2011 order. Unfortunately, the Court failed to send me a copy of your order as it did previously via the mail. Concerned that I did not receive a response, I called your office in the second week of March and learned that the order was not sent. At that time your office was kind enough to fax me a copy of the February 8th order.

From the fax I learned that the Court has ruled that while I have the right to represent myself, I do not have the right to represent St. Michael Enterprises, LLC. I apologize to the Court for not researching the matter more thoroughly before making the request to represent St. Michael Enterprises, as well. I assumed that I would have been able to do so because St. Michael is a one member (disregarded entity) where I am the sole proprietor.

Given that I only learned of your order in March, and given that I must reinitiate my search anew for an attorney to represent St. Michael Enterprises, I respectfully ask that the Court grant me sixty days to find an attorney who will file the required response for St. Michael Enterprises, LLC.

Please note that I will continue to represent myself pro se.

I thank you for your understanding in this matter, and sincerely hope that you will be so kind to grant me sixty additional days.

Respectfully,

*[signature]*

Walter Mihailovich
(239) 206-2695

ORDER

Application granted. Plaintiff's time to file a response to defendants' motion to dismiss is extended to May 31, 2011.

So ordered:

_____  3/31/11
U.S.D.J.