UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
ST. MICHAEL ENTERPRISES and
WALTER MIHAILOVICH,

**MEMORANDUM & ORDER**

Plaintiffs,

09-CV-05147 (SLT) (MDG)

-against-

SERBIA MINISTRY OF PRIVATIZATION
and its Privatization Agency, et al.,

Defendants.
----------------------------------------------------------------x

**TOWNES, United States District Judge:**

By Memorandum and Order dated February 18, 2014, this Court granted summary judgment as to defendants Raiffeisen Zentral Bank and Raiffesen Investment for lack of personal jurisdiction and directed Plaintiffs to show cause by March 14, 2014, why the action should not be dismissed against the remaining defendants for, inter alia, lack of service. (Docket No. 86). The Court has received no response from Plaintiffs. Accordingly, the action is dismissed in its entirety and the Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

_____/S/_____
SANDRA L. TOWNES
United States District Judge

Dated: March 31, 2014
       Brooklyn, New York